WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
cswift@wrightlegal.net
(702) 475-7964; Fax: (702) 946-1345
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LANA LAWRENCE (a.k.a. SVETLANA VAVROVA), | Case No.:   2:18-cv-00478-APG-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| SELECT PORTFOLIO SERVICING INC.; EXPERIAN INFORMATION SOLUTIONS, INC; AND EQUIFAX INFORMATION SERVICES LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Lana Lawrence ("Plaintiff") and Defendant Select Portfolio Servicing, Inc.

("Defendant) , by and through their respective counsel of record, hereby stipulate and agree as

follows:

///

///

///

///

///

///

///

///

The deadline for Defendant to respond to Plaintiff's Complaint, currently set for April 9, 2018, is hereby extended one (1) week, to April 16, 2018.

Dated: April 9, 2018

KNEPPER & CLARK, LLC
HAINES & KRIEGER, LLC

/s/ Matthew I. Knepper, Esq.
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, Nevada 89129

David H. Krieger, Esq.
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, Nevada 89123

*Attorneys for Plaintiff*

Dated: April 9, 2018

WRIGHT, FINLAY & ZAK, LLP

/s/ Christopher A.J. Swift, Esq.
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*Attorneys for Defendant*

**<u>ORDER</u>**

**IT IS SO ORDERED**.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: _____April 10, 2018_____