Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LANA LAWRENCE a/k/a SVETLANA VAVROVA, <br><br>                              Plaintiff, <br><br> vs. <br><br> SELECT PORTFOLIO SERVICING INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES LLC; <br><br>                              Defendants. | **Case No. 2:18-cv-00478-APG-VCF** <br><br> **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** <br><br> **(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 9, 2018 through and including **May 9, 2018**. The additional time to respond to the Complaint will

///

///

///

///

///

///

facilitate settlement discussions between Plaintiff and Equifax.  This stipulation is filed in good faith and not intended to cause delay.

Dated: April 10, 2018

KNEPPER & CLARK, LLC

By: */s/ Miles N. Clark*
    Miles N. Clark
    Nevada Bar No. 13848
    10040 W. Cheyenne Ave., Suite 170-109
    Las Vegas, NV 89129
    Phone: (702) 825-6060
    FAX: (702) 447-8048
    Email: miles.clark@knepperclark.com
matthew.knepper@knepperclark.com
*Attorneys for Plaintiff Lana Lawrence a/k/a/ Svetlana Vavrova*

Dated: April 10, 2018

SNELL & WILMER L.L.P.

By: */s/ Bradley T. Austin*
    Bradley T. Austin
    Nevada Bar No. 13064
    3883 Howard Hughes Pkwy
    Suite 1100
    Las Vegas, NV 89169
    Tel: 702-784-5200
    Fax: 702-784-5252
    Email: baustin@swlaw.com
*Attorneys for Defendant Equifax Information Services LLC*

**ORDER**

IT IS SO ORDERED.

DATED:   April 10, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Snell & Wilmer

L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER (FIRST REQUEST)** by the method indicated below:

| | | | |
|---|---|---|---|
| XXXXX | Electronic Service (CM/ECF) | _____ | Federal Express |
| _____ | U.S. Mail | _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission | _____ | Hand Delivery |
| _____ | Email Transmission | _____ | Overnight Mail |

and addressed to the following:

Matthew Knepper, Esq.
Miles Clark, Esq.
Knepper & Clark LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
*Attorneys for Plaintiff Lana Lawrence a/k/a/ Svetlana Vavrova*

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue
Suite 130
Henderson, NV 89123
*Attorneys for Plaintiff Lana Lawrence a/k/a/ Svetlana Vavrova*

DATED: April 10, 2018

*/s/ Maricris Williams*
An Employee of Snell & Wilmer L.L.P.

4818-4574-1665